PROB 12A
(6/21)

# United States District Court

for

District of New Jersey

Report on Individual Under Supervision

| | |
|---|---|
| Name of Individual Under Supervision: Jose Rodriguez | Cr.: 21-00908-001 |
| | PACTS #: 7329901 |

Name of Sentencing Judicial Officer:   THE HONORABLE ZAHID QURAISHI
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/19/2022

Original Offense:   Scheme to Defraud Facilitated by the Use of the Mail, 18 U.S.C. §§ 1341 and 2, a Class C Felony

Original Sentence: 18 months imprisonment, 36 months supervised release

Special Conditions: $100.00 Special Assessment, $76,379.02 Restitution, $53,381.07 Forfeiture, Consent to Search, Financial Disclosure, No New Debt/Credit, Employment Requirements/Restrictions, Support Dependents, Consent to Search

Type of Supervision: Supervised Release                Date Supervision Commenced: 05/08/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Mr. Rodriguez commenced supervision on May 8, 2023. The Court imposed a payment schedule that required Rodriguez to pay no less than $500.00 in monthly installments after the commencement of supervised release. The total amount imposed was a $100.00 special assessment, and $76,379,02 in restitution. To date, Rodriguez has paid $100 in total towards outstanding Court financial obligations.

U.S. Probation Officer Action:

Mr. Rodriguez is currently employed by Complete Equipment as a delivery driver. Rodriguez provided the following monthly income and expenses: $1,774.88 net employment income, from which $684.00 per month is deducted for child support obligations, $316.66 per month for car insurance, $85.00 per month for commuting expenses, $91.00 per month for a student loan, $125.00 per month for a credit card bill, $40.00 per month towards the family cell phone bill, $150.00 per month for groceries, $65.00 towards the electric bill, $80.00 per month towards basic cable/wi-fi, $25.00 per month towards the water bill and $75.00 per month towards the gas bill. These expenses leave Mr. Rodriguez with approximately $38.22 well short of his anticipated $1,000.00 per month rent payment to his wife.

Mr. Rodriguez noted the difficulty going from making $100,000.00 per year to under $30,000.00 per year because of his involvement in the instant offense. Rodriguez's wife remains supportive and the family collectively is reportedly able to afford the home and necessary monthly expenses. Mr. Rodriguez confirmed he is able to pay $25.00 per month going forward. Rodriguez advised he will make a $100.00 good faith payment on 11/10/23 to compensate for missed months. The Probation Office confirmed that Rodriguez is enrolled in the Treasury Offset Program to assist with collection of restitution.

Prob 12A – page 2
Jose Rodriguez

The Probation Office respectfully requests that Rodriguez's payment schedule be adjusted to the agreed $25.00 per month and this notice serve as a written reprimand for non-compliance with making full, monthly payments. Should Mr. Rodriguez's financial circumstance change, the Court will be promptly notified.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:  BLAIR C. JANULIS
U.S. Probation Officer

/ bcj

APPROVED:

_____ 11/09/2023
STEVEN ALFREY            Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Monthly restitution payment reduced to $25.00 per month and this Report shall serve as a written reprimand (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

November 9, 2023
Date